IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–61–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL PAUL NOHRENBERG, | |
| Defendant. | |

Before the Court is Michael Paul Nohrenberg's pro se Motion for Early Termination of Supervised Release. (Doc. 34.) The Court contacted United States Probation officer Tim Lowrance, who does not object. Therefore, while the Court is inclined to grant the Motion, it would like to first establish the Government's position.

Accordingly, IT IS ORDERED that the Government shall file a response to Nohrenberg's Motion for Early Termination on or before July 15, 2026.

DATED this 8th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court